```
 1  E. MARTIN ESTRADA
    United States Attorney
 2  DAVID M. HARRIS
 3  Assistant United States Attorney
    Chief, Civil Division
 4  CEDINA M. KIM
 5  Assistant United States Attorney
    Senior Trial Attorney, Civil Division
 6  JENNIFER LEE TARN, CSBN 240609
 7  Special Assistant United States Attorney
        Office of the General Counsel
 8      Office of Program Litigation
 9      Social Security Administration
10      6401 Security Boulevard
        Baltimore, MD 21235
11      Telephone: (510) 970-4861
12      Facsimile: (415) 744-0134
13      Email: Jennifer.Tarn@ssa.gov
    Attorneys for Defendant
14
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| MICHELE M. EL KARAKI, | ) Case No. 8:23-cv-00807-SSC |
| Plaintiff, | ) |
| | ) [**PROPOSED**] JUDGMENT |
| v. | ) |
| | ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

-1-

| | |
|---|---|
| 1 | The Court having approved the parties' stipulation to remand this case |
| 2 | pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent |
| 3 | with that stipulation and for entry of judgment for Plaintiff, judgment is hereby |
| 4 | entered for Plaintiff. |

DATED: July 10, 2023

_____
HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE